UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JOHN ALLEN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-cv-0005-RCJ-VPC |
| | ) | |
| v. | ) | |
| | ) | |
| TED D'AMICO, *et al.*, | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Valerie P. Cooke, entered July 25, 2006, recommending dismissal of this action without prejudice. No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered July 25, 2006, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendations (#15) be affirmed and adopted.

DATED: March 22, 2007.

_____
ROBERT C. JONES
United States District Judge